UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CALIFORNIA FIRST LEASING
CORPORATION,

       Plaintiff,

vs.                                      CASE NO. 6:09-CV-300-ORL-19KRS

ORLANDO SUN RESORT & SPA, LLC,

       Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 43, filed July 15, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 43) is **ADOPTED and AFFIRMED.** The Clerk of Court is hereby **DIRECTED** to issue a writ of replevin for the Delivered Property as set forth in Exhibit C to the Complaint (Doc. No. 1, filed February 17, 2009) and all hotel, conference center and office related furniture, equipment, inventory, supplies, linens, lamps, television sets and computer equipment located at 6375 West Irlo Bronson Memorial Highway, Kissimmee, Florida 34747 (the "Identified Collateral").

California First Leasing Corporation ("CalFirst") is **DIRECTED** to submit proposed writs of replevin to the Court and opposing counsel.

**DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record